```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11496
    ANDREW F. KOMPERDA
    CHRISTINE A KOMPERDA                        CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
            Debtor
    SSN XXX-XX-5889      SSN XXX-XX-1448
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/27/07 .

   2.  The case was dismissed without confirmation, 11/15/2007.

   3.  The Debtor paid a total of $   1000.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WINFIELD COMMUNTIY BANK | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 955.00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| BRIAN KLOBERDANZ DDS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY ORTHOPEDIC AS | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY WOMENS HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| GASTROINTESTINAL HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| LABORATORY PHYSICIANS LL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PATHOLOGY & LAB CONSULTA | UNSECURED | NOT FILED | .00 | .00 |
| TRI CITY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY EMERGENCY CARE | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY HEALTHCARE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| WASCO SANITARY | UNSECURED | NOT FILED | .00 | .00 |
| WASTE MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00          .00           .00
PRINCIPAL PAID        955.00          .00          .00          .00        955.00
INTEREST PAID            .00          .00          .00          .00           .00
TOTAL PAID            955.00          .00          .00          .00        955.00
```

The Debtor's attorney, COHEN & KROL                       , was allowed $      .00
and was paid $       .00 .

The Trustee received $     45.00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
       CASE NO. 07 B 11496 ANDREW F. KOMPERDA & CHRISTINE A KOMPERDA